1  ROBERT W. FREEMAN
   Nevada Bar No. 03062
2  Robert.Freeman@lewisbrisbois.com
   PAMELA L. MCGAHA
3  Nevada Bar No. 08181
   Pamela.McGaha@lewisbrisbois.com
4  CHERYL A. GRAMES
   Nevada Bar No. 12752
5  Cheryl.Grames@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
6  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
7  702.893.3383
   FAX: 702.893.3789
8  *Attorneys for Defendant*
   *State Farm Mutual Automobile Insurance*
9  *Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| MICHAEL TWOMEY-WALSH;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an entity licensed to do business in the State of Nevada; DOES I through V; and ROE BUSINESS ENTITIES I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-1680-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff MICHAEL TWOMEY-WALSH ("Plaintiff"), by and through his counsel, GREENMAN GOLDBERG RABY & MARTINEZ, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled

/ / /

/ / /

4822-8154-8210.1

action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 19th day of February, 2020.   DATED this 19th day of February, 2020

GREENMAN GOLDBERG RABY & MARTINEZ

LEWIS BRISBOIS BISGAARD SMITH LLP

/s/ MICHAEL S. MYERS
MICHAEL S. MYERS, ESQ.
Nevada Bar No. 01494
2770 S. Maryland Parkway, Suite 100
Las Vegas, NV 89109
*Attorneys for Plaintiff Michael Twomey-Walsh*

/s/ *CHERYL A. GRAMES*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 08181
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation for Dismissal with Prejudice, (ECF No. 20), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Stipulation for Dismissal with Prejudice, (ECF No. 18), filed on February 19, 2020, is **DENIED as moot**.

**DATED** this 20 day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of February, 2020, I electronically filed the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court through Case Management/Electronic Filing System.

GABRIEL A. MARTINEZ, ESQ.
Nevada Bar No. 326
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
JENNIFER A. PETERSON, ESQ.
Nevada Bar No. 11242
GREENMAN GOLDBERG RABY & MARTINEZ
2770 S. Maryland Parkway, Suite 100
Las Vegas, NV 89109
*Attorney for Plaintiff*

By  /s/ *Mary Bradley-Estrada*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP